IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE WILES<br><br>v.<br><br>PFIZER, INC.,<br>PHARMACIA CORPORATION, and<br>G.D. SEARLE & CO. | CIVIL ACTION NO. 3:~~06~~07-CV-00213-CRB |
| In Re: Bextra and Celebrex Marketing,<br>      Sales Practices and Products<br>      Liability Litigation<br><br>This Document Relates to:<br>      GERALDINE WILES | MDL   No. M:05-cv-01699 |

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANDELL LANGHAM<br><br>V.<br><br>PFIZER, INC.,<br>PHARMACIA CORPORATION, and<br>G.D. SEARLE & CO. | CIVIL ACTION NO. 3:06-CV-03655-CRB |
| In Re: Bextra and Celebrex Marketing,<br>      Sales Practices and Products<br>      Liability Litigation<br><br>This Document Relates to:<br>      VANDELL LANGHAM | MDL   No. M:05-cv-01699 |

**IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL McCULLOUGH and BRYAN R. McCULLOUGH | |
| V. | CIVIL ACTION NO. 3:06-CV-03668-CRB |
| PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | MDL No. M:05-cv-01699 |
| This Document Relates to: CHERYL and BRYAN McCULLOUGH | |

**IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| VERNON WELLBORN | |
| V. | CIVIL ACTION NO. CA.3:06-CV-07392-CRB |
| MERCK & CO., INC., PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | MDL No. 05-1699 |
| This Document Relates to: VERNON WELLBORN | |

**IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA NUNEZ and JACOB R. NUNEZ | |
| v. | CIVIL ACTION NO.  3:06-CV-07902-CRB |
| PFIZER, INC.,<br>PHARMACIA CORPORATION, and<br>G.D. SEARLE & CO. | |
| In Re: Bextra and Celebrex Marketing,<br>      Sales Practices and Products<br>      Liability Litigation | MDL   No. M:05-cv-01699 |
| This Document Relates to:<br>      LINDA and JACOB R. NUNEZ | |

**IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA SANDERS and VICTOR SANDERS | |
| V. | CIVIL ACTION NO. 3:06-CV-03487-CRB |
| PFIZER, INC.,<br>PHARMACIA CORPORATION, and<br>G.D. SEARLE & CO. | |
| In Re: Bextra and Celebrex Marketing,<br>      Sales Practices and Products<br>      Liability Litigation | MDL   No. M:05-cv-01699 |
| This Document Relates to:<br>BARBARA and VICTOR SANDERS | |

# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DUVALL and ARLENE DUVALL | |
| V. | CIVIL ACTION NO. 3:06-CV-06160-CRB |
| PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | JURY |
| In Re: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL M: 05-CV-01699 |
| This Document Relates to: SAM DUVALL and ARLENE DUVALL | JUDGE CHARLES R. BREYER |

# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLIS M. HALL and DORIS M. HALL | |
| v. | CIVIL ACTION NO. 03:06-CV-03669-CRB |
| PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | MDL   No. M:05-cv-01699 |
| This Document Relates to: HOLLIS M. and DORIS M. HALL | |

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYENE DOUGLAS | |
| V. | CIVIL ACTION NO. 3:06-CV-03663-CRB |
| MERCK & CO., INC., PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | MDL  No. M:05-CV-01699 |
| This Document Relates to: EVELYENE DOUGLAS | |

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SERRATA AND JOHN SERRATA, JR. | |
| V. | CIVIL ACTION NO. 3:06:CV-07904-CRB |
| PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | MDL  No. M:05-cv-01699 |
| This Document Relates to: SHARON SERRATA, JOHN SERRATA, JR.. | |

**IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUISE NORRIS AND ROBERT NORRIS | |
| V. | CIVIL ACTION NO. 3:06:CV-07737-CRB |
| PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | |

| | |
|---|---|
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | MDL No. M:05-cv-01699 |
| This Document Relates to: LOUISE NORRIS AND ROBERT NORRIS | |

**IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LONNIE LUNDAY, INDIVIDUALLY AND AS HEIR AND ON BEHALF OF THE ESTATE OF MARY QUARTARO | |
| V. | CIVIL ACTION NO. 3:06-CV-07903-CRB |
| PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | |

| | |
|---|---|
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | MDL No. M:05-cv-01699 |
| This Document Relates to: LONNIE LUNDAY, MARY QUARTARO | |

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN LEWIS AND<br>RICHARD LEWIS<br><br>V.<br><br>PFIZER, INC.,<br>PHARMACIA CORPORATION, and<br>G.D. SEARLE & CO. | 07<br>CIVIL ACTION NO. 3:~~06~~-CV-00862-CRB |
| In Re: Bextra and Celebrex Marketing,<br>    Sales Practices and Products<br>    Liability Litigation<br><br>This Document Relates to:<br>    Gwendolyn Lewis and Richard Lewis | MDL   No. M:05-cv-01699 |

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GRAVES and JUNE GRAVES<br><br>V.<br><br>PFIZER, INC.,<br>PHARMACIA CORPORATION, and<br>G.D. SEARLE & CO. | CIVIL ACTION NO. 3:06-CV-03671-CRB |
| In Re: Bextra and Celebrex Marketing,<br>    Sales Practices and Products<br>    Liability Litigation<br><br>This Document Relates to:<br>    LARRY and JUNE GRAVES | MDL   No. M:05-cv-01699 |

# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBBY CHAVEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DIAMANTINA "DIANE" GARCIA<br><br>V.<br><br>PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | CIVIL ACTION NO. 3:06-CV-01727-CRB |
| In Re: Bextra and Celebrex Marketing,<br>  Sales Practices and Products<br>  Liability Litigation<br><br>This Document Relates to:<br>  LIBBY CHAVEZ,<br>  DIAMANTINA "DIANE" GARCIA | MDL  No. 05-1699 |

### IN THE UNITED STATES DISTRICT COURT
### OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE MAE TYLER, Individually And On Behalf of The Estate of ALEX TYLER, deceased; CLEVERT TYLER; CALVERT TYLER; EDDIE TYLER; and MARY TYLER<br><br>V.<br><br>PFIZER, INC.,<br>PHARMACIA CORPORATION, and<br>G.D. SEARLE & CO. | CIVIL ACTION NO.03:06-CV-05264-CRB |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation<br><br>This Document Relates to:<br>Willie Tyler, Clevert Tyler, Calvert Tyler, Eddie Tyler and Mary Tyler | MDL   No. M:05-cv-01699 |

### IN THE UNITED STATES DISTRICT COURT
### OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENA MAE SURRATT<br><br>V.<br><br>PFIZER, INC.,<br>PHARMACIA CORPORATION, and<br>G.D. SEARLE & CO. | CIVIL ACTION NO. 3:07-CV-00864-CRB |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation<br><br>This Document Relates to:<br>      VENA MAE SURRATT | MDL   No. M:05-cv-01699 |

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SHENEFIELD, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF BRENDA SHENEFIELD, DECEASED<br><br>V.<br><br>PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | CIVIL ACTION NO. 3:06-CV-07891-CRB |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation<br><br>This Document Relates to: ROGER SHENEFIELD | MDL   No. M:05-cv-01699 |

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COTE | CIVIL ACTION NO. 3:06-CV-07282-CRB |
| V. | |
| PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | MDL   No. M:05-cv-01699 |
| This Document Relates to: Linda Cote | |

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMIE JEAN HENRY | |
| v. | CIVIL ACTION NO. 3:06-CV-07331-CRB |
| PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | MDL   No. M:05-cv-01699 |
| This Document Relates to: MAMIE JEAN HENRY | |

## ORDER OF SUBSTITUTION

The Court, after reviewing the Plaintiffs' Unopposed Motion to Substitute Counsel is of the opinion that such Motion should be and is hereby GRANTED.

It is hereby ORDERED that Jason A. Itkin and Kurt B. Arnold and the law firm of Arnold & Itkin LLP are hereby substituted as counsel of record in the place the law firm of Shelton Smith & Associates. All pleadings and correspondence directed to Plaintiff should now be addressed to:

**Jason A. Itkin**
**Kurt B. Arnold**
**ARNOLD & ITKIN LLP**
**5 Houston Center**
**1401 McKinney Street, Suite 2550**
**Houston, Texas 77010**
**Telephone: 713-222-3800**
**Facsimile: 713-222-3850**

It is further ORDERED that the law firm of Shelton Smith and Associates is hereby withdrawn as attorney-in-charge and counsel of record for Plaintiff.

SIGNED this __5__ day of __July_____, 2007.

_____
UNITED STATES DISTRICT JUDGE